In re MARRIAGE OF Pamela L. SCADUTO and Andrew J. Scaduto.

Pamela L. SCADUTO, Petitioner/Respondent,

v.

Andrew J. SCADUTO, Respondent/Appellant.

No. 64125.

Missouri Court of Appeals, Eastern District, Division Two.

June 7, 1994.

Daniel P. Card, II, Paule, Camazine & Blumenthal, P.C., Clayton, for appellant.

Michael B. Stern, Stern, Frapolli, & Steiger, St. Louis, Dudley C. Dunlop, Clayton, for respondent.

∎

Andrew R. SCHAEFER, Petitioner/Respondent,

v.

Patricia J. SCHAEFER, Respondent/Appellant.

No. 64089.

Missouri Court of Appeals, Eastern District, Division Two.

June 7, 1994.

Mary Ann Weems, Clayton, for appellant.

Susan M. Hais, James Carmody, St. Louis, for respondent.

Before CRANE, P.J., and KAROHL and CRAHAN, JJ.

## ORDER

PER CURIAM.

Patricia J. Schaefer appeals the trial court's order of dissolution with respect to the denial of maintenance and the division of marital property. We find the judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law.

An opinion in this case would have no precedential value. Accordingly, we affirm pursuant to Rule 84.16(b).